No. 79–1380.   HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* WILSON ET AL.   Appeal from D. C. N. D. Ill. Probable jurisdiction noted.

No. 79–646.   PARTIN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–795.   MEDINA-HERRERA *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 79–1256.   TURLOCK IRRIGATION DISTRICT ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO; and
No. 79–1479.   UNITED AIR LINES, INC., ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO.   C. A. 9th Cir.   Certiorari denied.   Reported below: 616 F. 2d 1063.

No. 79–1273.   RUMAN *v.* DEPARTMENT OF REVENUE OF PENNSYLVANIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 79–1289.   CHANEY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 79–1299.   FITZGERALD, PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK *v.* AMERICAN TRADING & PRODUCTION CORP.   Ct. App. N. Y.   Certiorari denied.

No. 79–1384.   EXXON CORP. *v.* UNITED STATES;
No. 79–1394.   SHELL OIL CO. *v.* UNITED STATES; and
No. 79–1395.   MARATHON OIL CO. *v.* UNITED STATES. C. A. D. C. Cir.   Certiorari denied.   Reported below: 202 U. S. App. D. C. 70, 628 F. 2d 70.